AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>Douglas Jason Martin<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )   Case No. 1:25-mj-0230-CDA |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 2024 - January 2025__ in the county of __Frederick__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children |
| 18 U.S.C. § 2422(b) | Coercion and Enticement of a Minor |
| 18 U.S.C. § 2252A(a)(2) | Receipt of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit

✓ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

8:15 am, Feb 05 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____JK____ Deputy

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Richard Gianforcaro, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 3 and 4.1.

Date: _February 1, 2025 @ 1547 hours_

City and state: _Baltimore, Maryland_

_____
*Judge's signature*

Hon. Charles D. Austin, US Magistrate Judge
*Printed name and title*