## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT, ARREST WARRANT

I, Richard Gianforcaro, a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

### INTRODUCTION

1. I make this affidavit in support of a criminal complaint charging Douglas Jason Martin ("**Martin**") with violations of Title 18 U.S.C. § 2251(a) (sexual exploitation of children), 18 U.S.C. § 2422(b) (coercion and enticement), and 18 U.S.C. § 2252A(a)(2) (receipt of child pornography) (collectively the "Target Offenses").

2. Because this affidavit is provided for the limited purpose of establishing probable cause for an arrest warrant, I have not included all information known to me regarding this investigation, but rather have set forth only those facts necessary to establish probable cause to believe that **Martin** has committed the charged offenses.

3. The statements in this affidavit are based in part on information and reports provided by the FBI and other agencies and law enforcement officers, and on my experience and background as a Special Agent of the FBI. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement. Wherever in this affidavit I quote statements, those quotations have been taken from draft transcripts, which are subject to further revision.

### AGENT BACKGROUND

4. I have been employed with the FBI as a Special Agent since June 2016. I am

currently assigned to the Maryland Child Exploitation Task Force (MCETF), which investigates individuals involved in the online sexual exploitation of children. As part of my duties, I investigate crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. Since being employed with the FBI, I have participated in the execution of numerous search warrants, including those for online accounts, such as email accounts, online storage accounts, and other online communication accounts. In the course of my employment with the FBI, I have observed and reviewed examples of child pornography (as defined in 18 U.S.C. § 2256) in many forms of media.

5.   As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## REDDIT INC.

6.   Reddit Inc. ("Reddit") is a social media and social news aggregation, web content rating and discussion website. Reddit's registered community members can submit and comment on content, such as text posts or direct links. Content entries are organized by areas of interest called "subreddits." Each subreddit has its own page, subject matter, users, and volunteer moderators (also known as "mods"). Users can share content by publishing stories, links, and/or media (called "posts") to a subreddit, and other users can comment on those posts. Users can also "upvote" or "downvote" comments and/or posts. The number of upvotes and downvotes a post receives helps determine its position within the subreddit. Reddit allows users to communicate directly and privately, enabling them to share text communication, media and data files.

## PROBABLE CAUSE

7.   On or about October 31, 2024, a United States ("U.S.") Government Agency

contacted FBI-Baltimore about a 50-year-old contracted employee, Douglas Jason Martin ("**Martin**"), who had used his government workstation to engage in, or view transcripts from, sexually explicit chat activity with individuals who appear to be minors. Most of the observed communications were via Reddit (with some via Google Voice number *910-745-7093*), with **Martin** using Reddit usernames *Intelligent_Dish_722*, *Charming_Analyst5077*, and *RealCombatVet*.

8. The workstation on which **Martin** conducted the above-mentioned activity contained a "Notice and Consent" banner, displayed at logon, which informed, in sum and substance, that any user accessing the workstation system consents to the following:

- Routine intercepts and monitoring of communications;
- Inspection and seizing of data stored on the system; and
- Communications using, or data stored, on the system are not private, are subject to routine monitoring, interception, and search, and may be disclosed or used for authorized purposes.

9. The U.S. Government Agency provided FBI-Baltimore descriptions of **Martin**'s activities as observed on the agency's computer system. In addition, on December 12, 2024, federal search warrant 24-MJ-02989 was obtained in the District of Maryland, for data and information associated with Reddit usernames *Intelligent_Dish_722*, *Charming_Analyst5077*, and *RealCombatVet*. Furthermore, federal warrant 24-MJ-02990 was obtained in the District of Maryland for data and information associated with Google Voice number *910-745-7093*. On December 16, 2024 and December 30, 2024, responsive information was provided by Google and Reddit, respectively.[1] A review of the information provided by the U.S. Government Agency and

---

[1] Pursuant to the search warrant, Reddit provided Uniform Resource Locators (URLs) to allow for access to the files via a web browser. A URL is a web address that specifies the location of a resource on the internet and how to retrieve it.

the search warrant returns revealed the following:

      a. On or about September 24, 2024, **Martin** contacted an unknown female using the Reddit Account, *Intelligent_Dish_722*. During their conversation, **Martin** researched the age of consent in Germany (which he found to be 14 years old), confirmed the female's age, and remarked that she was just around the age of consent.

      b. On or about October 7, 2024, using Reddit Account *Intelligent_Dish_722*, **Martin** communicated with a self-identified 16-year-old female purportedly from Malaysia, during which **Martin** asked if she wanted "to be in my bedroom to protect you?"

      c. From on or about October 21, 2024 through on or about October 23, 2024, using Reddit Account *Ingelligent_Dish_722*, **Martin** communicated with a self-identified 13-year-old female who claimed to live in California ("Minor 1"). **Martin** represented himself as 25 years old (as mentioned above, **Martin** is 50 years old) and acknowledged Minor 1's age, commenting "Well I am not double your age. Lmao." After some sexual conversation regarding what potentially turns Minor 1 on, Minor 1 commented that she was "so wet." **Martin** requested pictures of Minor 1 and stated that the pictures were to "Prove to me how wet you were." Minor 1 responded that the images were not "of my pussy" and subsequently provided an image depicting a female's breasts. The ensuing communications followed:

| Intelligent_Dish_722 | Damn! |
|---|---|
| Intelligent_Dish_722 | Want to suck on them! |
| Intelligent_Dish_722 | But that doesn't prove how wet you are. Lol |
| Minor 1 | bro fr needs to see the 13yo pussy |
| Intelligent_Dish_722 | Don't need to see your pussy. Can just show your wet panties. Lol |
| Intelligent_Dish_722 | Like you would show me that tight pussy if I told you too anyways. Lol |
| Minor 1 | nah ill show u da pussy idgaf anyways loll |
| Intelligent_Dish_722 | Want me playing with it? |
| Intelligent_Dish_722 | Leave me already? Lol |
| Minor 1 | damn i forgot how to do a pussy spread lmfaooo |
| Minor 1 | [Media File URL[2]] |
| Intelligent_Dish_722 | I would stretch that little pussy out |

      d. Later in the chat, **Martin** informed Minor 1 that it would [not] be the first time that he "made a girl cum by just sliding in her," indicating that he had "done it before to a tight little pussy like yours." After the female complained her Reddit was not working, **Martin** gave her his phone number, *910-745-7093*, so that she could text him. The user claimed that her father would "freak out" if she gave **Martin** her number but indicated that she would probably text him.

---

[2] When attempting to access the media file via the provided URL, an error resulted, stating "Failed to retrieve media."

4

e. On or about October 23, 2024, using Google Voice number 910-745-7093, **Martin** engaged in a Google voice chat with an unknown female.[3] In addition to attempting to obtain images and videos, **Martin** told the female that he wanted to take her virginity and that no one would find out unless she said something.

f. In another communication, from October 2024, with a self-identified 16-year-old female, **Martin** (using *Ingelligent_Dish_722*) again provided his age as 25, then as 35 after he was asked to be truthful. In this communication, upon request for his picture, **Martin** sent an image (which he represented as that of himself) of an unknown white, tattooed male who appeared to be in his twenties or thirties.

g. Since on or about November 5, 2024, **Martin** communicated from two additional Reddit account usernames, *RealCombatVet* and *Charming_Analyst5077*. **Martin** made comments from *RealCombatVet* regarding "DDLG,"[4] and a thread titled "littlespace_sfw"[5] was observed to be recently viewed from *Charming_Analyst5077*.

h. Beginning on or about December 11, 2024, using username *Charming_Analyst5077*, **Martin** communicated with a self-identified 15-year-old female ("Minor 2"), after he responded to a post stating "15/f hmu to chat." **Martin** again misrepresented his age as 25. Despite knowledge of Minor 2's age, **Martin** requested a "pic," resulting in the following communications:

| Minor 2 | You wanna see something specific? |
| --- | --- |
| Charming_Analyst5077 | Well what about dropping your panties? Just wondering |
| Minor 2 | Idk lol |
| Charming_Analyst5077 | Just do it. I am sure you already thought about showing, didn't you? |
| Minor 2 | I'll you a full nude but you can't show anyone |
| Charming_Analyst5077 | I would never do that. |
| Charming_Analyst5077 | I don't save anything you send so no one will ever see |
| Minor 2 | Ok |
| Minor 2 | [Media File URL[6]] |
| Charming_Analyst5077 | Wow! So gorgeous! |
| Charming_Analyst5077 | When did you take that? |

---

[3] Based on the warrant returns, it is believed that the female referenced in this chat is also Minor 1.
[4] www.dictionary.com defines Daddy Dom Little Girl as a sexual relationship where the dominant male is the daddy figure, and the woman takes on the role of a young girl. Based on my training and experience, I know that DDLG is sometimes a fetish for collectors of child pornography.
[5] In the "littlespace" subreddit, a description was listed, stating that it was an 18+ kink based subreddit revolving mainly around littles within the BDSM Cg/l (Caregiver/little) power exchange dynamic.
[6] The media associated with this URL was also not able to be accessed. However, the U.S. Government Agency captured part of this communication, which included an image of a female's genital area (which was sanitized by the U.S. Government Agency when provided to FBI-Baltimore).

5

| Minor 2 | Now |
|---|---|
| Charming_Analyst5077 | Damn! |

      i.    In another viewed chat conversation, **Martin** (*Intelligent_Dish_722*) explained how he got involved in, what I am familiar with as, the DDLG (Daddy Dom/Little Girl) lifestyle, stating:

> - "I am an actual daddy that would take good care of you. I want to guide you and build your trust as I help you find that little space that you like to be in." and;

> - "I have always been very protective and supportive when it comes to people especially women. I started feeling a lot more especially when I became a real dad and as my daughter has grown have missed that aspect. I found out about this lifestyle and realized I fit very well into because if [sic] filled the things I missed."

      j.    Using a sub-Reddit titled, "Teenagers," **Martin** (from *Intelligent_Dish_722*) also contacted a user whose profile indicated that the user was a 14-year-old female. **Martin** represented himself as a 24-year-old.

      k.    On several occasions **Martin** made comments to self-identified minors indicating that age is of no concern to him, making statements such as, "age is only a number," "age doesn't really bother me," and "it is all the connection in my book."

      10.    Reddit also provided information regarding which subreddits **Martin** was subscribed to, which collectively among the three accounts, included:

- AgeGapPersonals
- Teenager
- Ddlg_friends
- DDlgAdvice
- Littlespace
- Ddlg
- DDLG_SFW
- Little_Space_sfw
- Teenagers
- ddlgSFWselfies
- DDlgroleplay
- YoungerGirl4OlderMenTinyCuteTeen
- TeenGirlsWantOlderMen
- Daddydoms
- army

      11.    All three Reddit accounts were also observed to comment in the "army" subreddit, suggesting that the user of these accounts was in the military.

      12.    Pursuant to subpoena, on or about December 3, 2024, Reddit Inc. provided the following responsive information related to the Reddit Accounts:

6

Account: Intelligent_Dish_722
Registration Date:      2023-10-27 15:34:20 UTC
Email Address:          [Martin's email address]

Account: RealCombatVet
Registration Date:      2024-11-04 23:19:16 UTC
Email Address:          [Martin's email address]

Account: Account: Account: Charming_Analyst5077
Registration Date:      2024-11-04 23:14:49 UTC
Email Address:          [Martin's email address]
Linked Phone Number:    [Martin's phone number]

13. Pursuant to the search warrant, Reddit provided IP logs for the above-mentioned accounts, all of which showed connections from IP address 69.251.218.104, with the most recent connection occurring for the *Charming_Analyst5077* account in mid-December 2024.

14. Pursuant to subpoena, on or about December 17, 2024, Comcast provided the following information regarding this IP address:

Subscriber Name:              Individual 1[7]
Subscriber / Billing Address: [Martin's address]
Start of Service:             10-21-2021
Account Status:               Active

15. Pursuant to subpoena to Google LLC, on or about December 3, 2024, Google provided responsive information related to [Martin's email address]:

[Martin's email address]
Google Account ID:      999693981614
Created on:             2010-05-21 19:01:21 Z
Name:                   Doug Martin
Recovery SMS:           +1[Martin's phone number] [U.S.]
Services (among others): Google Photos, Google Voice, Google Hangouts,
                        Google Chat, Google Docs, Google Payments

Google Voice Number +19107457093
Google Account ID:              999693981614
Name:                           Doug Martin
Email:                          [Martin's email address]
Google Voice Start Time:        2017-02-10 14:42:17 Z

---

[7] Individual 1 is Martin's spouse.

8

    Google Voice Last Outbound Call Time: 2024-10-31 18:06:15 Z
    Google Voice Last Outbound SMS Time: 2024-11-01 16:32:05 Z

16. Pursuant to subpoena to Verizon, on or about December 12, 2024, Verizon provided responsive information relate to [Martin's phone number]:

    First Name: Douglas
    Last Name: Martin
    Address: [Martin's address]

17. Open-source information available through the Maryland Department of Assessments and Taxation indicated that [property at Martin's address] is owned by **Martin** and Individual 1. Furthermore, this address was listed as **Martin**'s address in his Motor Vehicle Administration (MVA) records.

18. On January 23, 2025, FBI-Baltimore executed a federal search warrant at Martin's address (25-MJ-00131), during which **Martin** was interviewed. After being advised of and waiving his rights under *Miranda,* **Martin** acknowledged ownership of the Reddit accounts and Google Voice account, and ultimately admitted to attempting to obtain images of the vaginas of minors, specifically Minor 1 and Minor 2. **Martin** stated that, when chatting with minors, he often represented himself to be 25, using a photo of a younger, deceased friend as a representation of himself.[8]

19. Furthermore, **Martin** indicated that he believed that the nude image sent by Minor 2 was still present on his iPhone 14, saved to the "Hidden" folder. **Martin** provided the code to his iPhone 14, which was previewed (and subsequently seized) during the search warrant. The image, depicting a nude female with her breasts and vagina exposed (with no visible face), was shown to **Martin**, and **Martin** stated that the image was Minor 2. Review of this device is ongoing,

---

[8] During an open-source search, a GoFundMe page was found for the deceased friend, who was killed in a motorcycle accident in May 2023. The male observed in an image on the GoFundMe page bore significant resemblance to the male whose photo was used by Martin.

but it was also determined to use Martin's phone number.

## SUMMARY

20. Based on the facts detailed above, as well as my training and experience, I believe that **Martin** was the user of Reddit accounts *Intelligent_Dish_722*, *Charming_Analyst5077*, and *RealCombatVet*, and that he knowingly used these accounts to connect with, deceive, coerce and entice minor females to produce and send images depicting their genitals, with at least one of these images having been saved on his iPhone 14.

## CONCLUSION

21. Based on the foregoing information, I respectfully submit that there is probable cause to believe that Douglas Jason Martin violated Title 18 U.S.C. § 2251(a) (sexual exploitation of children), 18 U.S.C. § 2422(b) (coercion and enticement), and 18 U.S.C. § 2252A(a)(2) (receipt of child pornography). Accordingly, I request that a criminal complaint and an arrest warrant be issued.

Special Agent Richard Gianforcaro
Federal Bureau of Investigation

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this _____ day of February 2025.

HONORABLE CHARLES D. AUSTIN
UNITED STATES MAGISTRATE JUDGE

✓ FILED     ___ ENTERED
___ LOGGED     ___ RECEIVED

8:21 am, Feb 05 2025

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____JK_____ Deputy